1  McGREGOR W. SCOTT
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   DONNA M. MONTANO
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California 94105
6     Telephone:  (415) 977-8943
      Facsimile:  (415) 744-0134
7     E-Mail: donna.m.montano@ssa.gov

8  Attorneys for Defendant

9                           UNITED STATES DISTRICT COURT

10                          EASTERN DISTRICT OF CALIFORNIA

11                               **SACRAMENTO DIVISION**

12 GALINA BOTSYURA,                    )
                                       )      CIVIL NO. 2:07-CV-640 GGH
13      Plaintiff,                     )
                                       )      STIPULATION AND ORDER
14          v.                         )
                                       )
15 MICHAEL J. ASTRUE,                  )
   Commissioner of                     )
16 Social Security,                    )
                                       )
17      Defendant.                     )
   _____)
18

19      The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the
20 attached Order, that Defendant shall have a FIRST extension of time of 30 days to answer or otherwise
21 respond to Plaintiff's complaint, for the purpose of conducting a further review of this matter.  The
22 current due date is October 29, 2007.  The new due date will be November 28, 2007.
23      The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

24

25                                      Respectfully submitted,
26

27 Dated: October 30, 2007             /s/ Jesse S. Kaplan
                                       JESSE S. KAPLAN
28 Attorney for Plaintiff              (As authorized via telephone)

| | |
|---|---|
| Dated: OCTOBER 30, 2007 | McGREGOR W. SCOTT<br>United States Attorney<br>LUCILLE GONZALES MEIS<br>Regional Chief Counsel, Region IX<br>Social Security Administration |
| | */s/ Donna Montano<br>*DONNA M. MONTANO<br>Special Assistant U.S. Attorney |
| | Attorneys for Defendant |

## ORDER

APPROVED AND SO ORDERED.

DATED: 11/7/07       /s/ Gregory G. Hollows
            UNITED STATES MAGISTRATE JUDGE

botsyura.ord