1  **JESSE S. KAPLAN   CSB#103726**
   **5441 Fair Oaks Bl. Ste. C-1**
2  **Carmichael, CA   95608**
   **916/488-3030**
3  **916/489-9297 fax**

4  **Attorney for Plaintiff**
   **GALINA BOTSYURA**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA
-o0O0o-

| | |
|---|---|
| GALINA BOTSYURA, | 2:07-CV-00640-GGH |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGEMENT** |
| v. | |
| MICHAEL ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that plaintiff's time to file a motion for summary judgment is extended through April 23, 2008. .

This is a first extension.

Dated: April 21, 2008          */s/   Jesse S. Kaplan*
                               JESSE S. KAPLAN
                               Attorney for Plaintiff

Dated: April 21, 2008          */s/ Donna M. Montano* (per email authorization 4/21/08)
                               DONNA MONTANO
                               Special Assistant U.S. Attorney
                               Attorney for Defendant

1

1
2
3
ORDER

Based on the foregoing stipulation, plaintiff's time to file her motion for summary judgment is extended to April 23, 2008.

SO ORDERED.

Dated: 04/29/08                 /s/ Gregory G. Hollows
                                UNITED STATES MAGISTRATE JUDGE

botsyura.eot