1  **JESSE S. KAPLAN   CSB# 103726**
   **5441 Fair Oaks Bl. Ste. C-1**
2  **Carmichael, CA   95608**
   **(916) 488-3030**
3  **(916) 489-9297 fax**

4  **Attorney for Plaintiff**
   **GALINA BOTSYURA**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA
-o0O0o-

| | |
|---|---|
| **GALINA BOTSYURA,** | No.   2:07-CV-00640-GGH |
| Plaintiff, | **STIPULATION AND ORDER RE FILING DATE OF REPLY BRIEF** |
| v. | |
| **MICHAEL ASTRUE,** **Commissioner of Social Security,** | |
| Defendant. | |

IT IS HEREBY STIPULATED between the parties, by and through their respective counsel, the undersigned, that plaintiff shall have an additional five days, to June 9, 2008, within which to file her reply brief.

SO STIPULATED

DATED: June 3, 2008                                   /s/  Jesse S. Kaplan

                                                      JESSE S. KAPLAN
                                                      Attorney for Plaintiff
                                                      LYUBOV SERGIENKO

1

DATED: June 4, 2008                          /s/ Signature authorized by email

SARAH RYAN
Special Asst. U.S. Attorney
Attorney for Defendant

## ORDER

GOOD CAUSE APPEARING therefor from the stipulation of the parties, IT IS HEREBY ORDERED that plaintiff shall have until June 9, 2008, within which to file a reply brief.

DATED: 06/10/08

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

botsyura.ord2

2