1  LAWRENCE G. BROWN
   Acting United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   SARAH RYAN, State Bar of Texas #17479500
4  Special Assistant United States Attorney

5       333 Market Street, Suite 1500
        San Francisco, California 94105
6       Telephone: (415) 977-8978
        Facsimile: (415) 744-0134
7       E-Mail: sarah.ryan@ssa.gov

8  Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALINA BOTSYURA, | CIVIL NO. 2:07-CV-00640 GGH |
| Plaintiff, | |
| 5. | ORDER APPROVING STIPULATION FOR SETTLEMENT OF ATTORNEY'S |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | FEE PURSUANT TO EQUAL ACCESS TO JUSTICE ACT (EAJA), 28 U.S.C. § 2412(d). |
| Defendant. | |

On this day came on to be heard the stipulation of Plaintiff and Defendant for approval of an agreement to settle attorney's fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C., § 2412(d). The Court finding good cause for approving the stipulation and agreement of the parties, said stipulation and agreement IS HEREBY APPROVED AND ORDERED. IT IS, FURTHER, ORDERED AND DECREED, that the EAJA fees in the amount of THREE THOUSAND FIVE HUNDRED and NO/100 DOLLARS ($3,500.00) which would otherwise have been payable to Plaintiff as attorney's fees arising from the prosecution of this action shall be paid, instead, to:

>Jesse S.Kaplan, Esquire
>Jesse S. Kaplan, Attorney at Law
>5441 Fair Oaks Blvd., Suite C-1
>Carmichael, CA 95608.

1 | DATED: May 13, 2009
2 | /s/ Gregory G. Hollows
3 | THE HONORABLE GREGORY G. HOLLOWS
United States Magistrate Judge
4 | botsyura.eaja